Ginger Pigott (SBN CA 162908)
Richard Tabura (SBN CA 298677)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
pigottg@gtlaw.com
taburar@gtlaw.com

Defendant MEDTRONIC USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COTTER, an individual, and GEOFFREY COTTER, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MEDTRONIC USA, INC., and ERIC RUDNER,<br><br>　　　　Defendants. | CASE NO.  2:20-cv-02609-CJC- (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Courtroom:　　780<br><br>Magistrate Judge:　　Hon. Paul L. Abrams |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective order is granted, **as modified**.

　　　　**IT IS SO ORDERED**.

 DATED: January 11, 2021

*Paul L. Abrams*
_____
Hon. Paul L. Abrams
United States Magistrate Judge